Amended

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

AO 10
Rev. 1/2013

*Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Eisenberg, Dorothy | 2. Court or Organization<br><br>United States Bankruptcy Court Eastern District of New York | 3. Date of Report<br><br>04/21/2014<br>8 19 2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>Jan. 1, 2013 to<br>March 27, 2014 |
| 7. Chambers or Office Address<br><br>290 Federal Plaza - P.O. Box 9013<br>Central Islip, NY 11722 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2014 APR 30 A 9 54
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |
| | O8\|19\|2014 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

8 | 19 | 204

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |
| | 8/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin New York Tax Free | A | Dividend | | | Sold | 01/07/13 | L | C | T |
| 2. JPM (JP Morgan Chase) Shares | A | Dividend | K | T | | | | | |
| 3. Morgan Stanley Bank (X) | A | Dividend | J | T | | | | | |
| 4. Citibank NA | A | Interest | J | T | | | | | |
| 5. CERN (CERNER CORP) - shares | | None | K | T | | | | | |
| 6. LTNCX (Oppenheimer) HF | B | Dividend | K | T | Buy | 01/08/13 | K | | T |
| 7. MS Liquid Asset (f/k/a/ Drefus Liquid) | A | Dividend | K | T | | | | | |
| 8. VOE (Vanguard) Shares | A | Dividend | J | T | Sold (part) | 01/7/13 | J | A | T |
| 9. VOE (Vanguard) Shares | A | Dividend | J | T | Buy | 05/16/13 | J | | T |
| 10. VOT (Vanguard Mid Corp.) Shares | A | Dividend | K | T | Sold (part) | 01/17/13 | J | A | T |
| 11. VBK (Vanguard Small Growth) Shares | A | Dividend | J | T | | | | | T |
| 12. MADVX - Mutual fund | A | Dividend | J | T | Buy | 01/02/13 | J | | T |
| 13. MADVX - Mutual fund | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | T |
| 14. MADVX-Mutual Fund | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 15. MADVX-Mutual Fund | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 16. BHY1X - Mutual Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | T |
| 17. BHY1X - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | T |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |
| | 8/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. BHYIX-Mutual Fund | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 19. BHYIX-Mutual Fund | A | Dividend | J | T | Buy | 12/23/13 | J | | T |
| 20. CICUX - Mutual Fund | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 21. CICUX-Mutual Fund | A | Dividend | J | T | Buy | 12/23/13 | J | | T |
| 22. FINSX - Mutual Fund | | None | J | T | Buy | 01/02/13 | J | | T |
| 23. FINSX - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | T |
| 24. FINSX - Mutual Fund | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 25. FINSX - Mutual Fund | | None | J | T | Buy | 10/07/13 | J | | T |
| 26. FINSX - Mutual Fund | A | Dividend | J | T | Buy | 12/23/13 | J | | T |
| 27. AFRYX - Mutual Fund | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 28. IUGXX (Invesco Money Market) Mutual Funds | A | Dividend | J | T | | | | | |
| 29. PEIXX (Invesco Tax Exempt) Money Market | A | Dividend | K | T | | | | | |
| 30. LDLFX - Mutual Fund | B | Dividend | L | T | Buy | 05/16/13 | L | | T |
| 31. LDLFX - Mutual Fund | B | Dividend | L | T | Buy | 12/23/13 | J | | T |
| 32. MLAIX - Mutual Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | T |
| 33. MLAIX - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | T |
| 34. MLAIX - Mutual Fund | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014  8/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MLAIX - Mutual Fund | A | Dividend | J | T | Sold (part) | 10/07/13 | J | A | T |
| 36. OAKMX-Mutual Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | T |
| 37. OAKMX-Mutual Fund | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | T |
| 38. OAKMX-Mutual Fund | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 39. OAKMX-Mutual Fund | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 40. OAKIX - Mutual Fund | B | Dividend | J | T | Sold (part) | 01/07/13 | J | A | T |
| 41. OAKIX - Mutual Fund | B | Dividend | K | T | Buy | 05/16/13 | J | | T |
| 42. OAKIX - Mutual Fund | B | Dividend | K | T | Buy | 10/07/13 | J | | T |
| 43. PREMX - Mutual Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | T |
| 44. PREMX - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | T |
| 45. PREMX - Mutual Fund | A | Dividend | J | T | Buy | 03/28/13 | J | | T |
| 46. PREMX - Mutual Fund | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 47. PREMX - Mutual Fund | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 48. PREMX - Mutual Fund | A | Dividend | J | T | Buy | 12/23/13 | J | | T |
| 49. TGBAX - Mutual Fund | A | Dividend | J | T | Buy | 01/02/13 | J | | T |
| 50. TGBAX - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | T |
| 51. TGBAX - Mutual Fund | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,000 - $5,000,000 H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000      M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
    (See Column C2)            U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |
| | 8/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. TGBAX - Mutual Fund | A | Dividend | J | T | Buy | 12/23/13 | J | | T |
| 53. CFSIX - Mutual Funds | | None | J | T | Buy | 01/02/13 | J | | T |
| 54. CFSIX - Mutual Funds | | None | J | T | Sold (part) | 01/07/13 | J | A | T |
| 55. CFSIX - Mutual Funds | | None | J | T | Sold (part) | 05/16/13 | J | A | T |
| 56. PTSPX - Mutual Fund | A | Dividend | K | T | Sold (part) | 01/07/13 | J | A | T |
| 57. PTSPX - Mutual Fund | A | Dividend | | | Sold | 05/16/13 | J | A | T |
| 58. PTTPX - Mutual Fund | C | Dividend | L | T | Sold (part) | 01/07/13 | J | A | T |
| 59. PTTPX - Mutual Fund | C | Dividend | L | T | Sold (part) | 05/16/13 | K | A | T |
| 60. PTTPX - Mutual Fund | C | Dividend | | | Sold | 10/07/13 | J | A | T |
| 61. PIFZX - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/7/13 | J | A | T |
| 62. PIFZX - Mutual Fund | A | Dividend | | | Sold | 05/16/13 | J | A | T |
| 63. HIEMX - Mutual Fund | A | Dividend | K | T | Sold (part) | 01/07/13 | J | A | T |
| 64. HIEMX - Mutual Fund | A | Dividend | K | T | Sold (part) | 05/16/13 | J | B | T |
| 65. HIEMX - Mutual Fund | A | Dividend | K | T | Buy | 08/15/13 | J | | T |
| 66. HIEMX - Mutual Fund | A | Dividend | K | T | Sold (part) | 10/07/13 | J | B | T |
| 67. TIPS - shares | A | Dividend | | | Sold | 05/16/13 | J | A | T |
| 68. CFSIX (fka PTSGX) - Mutual Fund | | None | J | T | Sold (part) | 10/07/13 | J | A | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

8/19/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69. | FCSZX - Mutual Fund | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 70. | LZEMX - Mutual Fund | A | Dividend | K | T | Buy | 04/29/13 | J | | T |
| 71. | LZEMX - Mutual Fund | A | Dividend | K | T | Sold (part) | 05/16/13 | J | A | T |
| 72. | LZEMX - Mutual Fund | A | Dividend | K | T | Sold (part) | 10/07/13 | J | A | T |
| 73. | PELPX | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 74. | PELPX | A | Dividend | J | T | Buy | 08/15/13 | J | | T |
| 75. | FLYRX - Mutual Fund | A | Dividend | K | T | Buy | 10/07/13 | K | | T |
| 76. | WFNDX (fka STHYX) - Mutual Fund | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 77. | BPRIX - Mutual Fund | A | Dividend | | | Sold | 05/16/13 | J | | T |
| 78. | DTINX - Mutural Fund | A | Dividend | | | Sold | 05/16/13 | J | | T |
| 79. | T (AT&T) - Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 80. | T (AT&T) Shares | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 81. | Dis (Disney) shares | | None | J | T | Sold (part) | 05/16/13 | J | A | T |
| 82. | Dis (Disney) shares | | None | J | T | Buy | 08/28/13 | J | | T |
| 83. | Dis (Disney) shares | | None | J | T | Buy | 09/04/13 | J | | T |
| 84. | DD (El DuPont) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 85. | DD (El DuPont) Shares | A | Dividend | J | T | Sold (part) | 10/25/13 | J | A | T |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MET (Metlife) Shares | A | Dividend | J | T | Buy | 04/22/13 | J | | T |
| 87. MET (Metlife) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | | T |
| 88. MET (Metlife) Shares | A | Dividend | J | T | Buy | 09/04/13 | J | | T |
| 89. SLB (Schlumberger) Shares | A | Dividend | J | T | Buy | 04/19/13 | J | | T |
| 90. SLB (Schlumberger) Shares | A | Dividend | J | T | Buy | 04/22/13 | J | | T |
| 91. SLB (Schlumberger) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 92. SLB (Schlumberger) Shares | A | Dividend | J | T | Buy | 10/02/13 | J | | T |
| 93. TGT (Target) Stores | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 94. MMM (3M) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 95. MMM (3M) Shares | A | Dividend | J | T | Sold (part) | 07/22/13 | J | A | T |
| 96. MMM (3M) Shares | A | Dividend | J | T | Buy | 08/22/13 | J | | T |
| 97. UPS (United Parcel Service) Shares | A | Dividend | J | T | Sold (part) | 05/15/13 | J | A | T |
| 98. UPS (United Parcel Service) Shares | A | Dividend | J | T | Sold (part) | 09/23/13 | J | A | T |
| 99. UTX (United Technology) Shares | A | Dividend | J | T | Sold (part) | 05/29/13 | J | A | T |
| 100. MSFT (Microsoft) Share | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 101. MSFT (Microsoft) Share | A | Dividend | J | T | Sold (part) | 07/08/13 | J | A | T |
| 102. MSFT (Microsoft) Share | A | Dividend | J | T | Sold (part) | 07/18/13 | J | A | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

8/19/14

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MSFT (Microsoft) Share | A | Dividend | J | T | Buy | 08/15/13 | J | | T |
| 104. RTN (Raytheon) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 105. RTN (Raytheon) Shares | A | Dividend | J | T | Buy | 09/04/13 | J | | T |
| 106. AEP (American Electric Pro) Shares | A | Dividend | J | T | Buy | 01/17/13 | J | | T |
| 107. AEP (American Electric Pro) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 108. AEP (American Electric Pro) Shares | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 109. ADP (Automatic Data Pro) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 110. ADP (Automatic Data Pro) Shares | A | Dividend | J | T | Sold (part) | 09/23/13 | J | A | T |
| 111. BBL (BHP Adr) Shares | A | Dividend | | | Sold | 07/19/13 | J | A | T |
| 112. AMT (American Tower) - shares | A | Dividend | J | T | Buy | 05/08/13 | J | | T |
| 113. AMT (American Tower) - snares | A | Dividend | J | T | Buy | 06/20/13 | J | | T |
| 114. AMT (American Tower) - shares | A | Dividend | J | T | Buy | 07/31/13 | J | | T |
| 115. AMT (American Tower) - shares | A | Dividend | J | T | Buy | 09/06/13 | J | | T |
| 116. AMT (American Tower) - shares | A | Dividend | J | T | Buy | 10/11/13 | J | | T |
| 117. AMT (American Tower) - shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 118. CVX (Chevron) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 119. CVX (Chevron) Shares | A | Dividend | J | T | Buy | 10/11/13 | J | | T |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CMCSK (Comcast) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 121. CMCSK (Comcast) Shares | A | Dividend | J | T | Buy | 10/11/13 | J | | T |
| 122. COP (ConocoPhilips) Shares | A | Dividend | | | Sold (part) | 05/16/13 | J | A | T |
| 123. COP (ConocoPhilips) Shares | A | Dividend | | | Sold | 05/22/13 | J | A | T |
| 124. CAT (Caterpillar) Shares | A | Dividend | J | T | Buy | 01/02/13 | J | | T |
| 125. CAT (Caterpillar) Shares | A | Dividend | J | T | Buy | 03/28/13 | J | | T |
| 126. CAT (Caterpillar) Shares | A | Dividend | J | T | Buy | 04/15/13 | J | | T |
| 127. CAT (Caterpillar) Shares | A | Dividend | J | T | Buy | 04/22/13 | J | | T |
| 128. CAT (Caterpillar) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 129. CAT (Caterpillar) Shares | A | Dividend | J | T | Sold (part) | 10/22/13 | J | A | T |
| 130. XOM (Exxon Mobil) Shares | A | Dividend | J | T | Buy | 02/07/13 | J | | T |
| 131. XOM (Exxon Mobil) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 132. GE (General Electric) Shares | A | Dividend | J | T | Buy | 05/03/13 | J | | T |
| 133. GE (General Electric) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 134. GE (General Electric) Shares | A | Dividend | J | T | Buy | 06/18/13 | J | | T |
| 135. GIS (General Mills) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 136. GIS (General Mills) Shares | A | Dividend | | | Sold | 08/15/13 | J | A | T |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

8|14|19

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. HNZ (HJ Heinz) Shares | A | Dividend | | | Sold | 02/15/13 | J | B | T |
| 138. HD (Home Depot) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 139. HD (Home Depot) Shares | A | Dividend | J | T | Buy | 10/11/13 | J | | T |
| 140. HMC (Honda) Shares | A | Dividend | J | T | Buy | 01/02/13 | J | | |
| 141. HMC (Honda) Shares | A | Dividend | J | T | Buy | 01/07/13 | J | | |
| 142. HMC (Honda) Shares | A | Dividend | J | T | Buy | 01/17/13 | J | | |
| 143. HMC (Honda) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | | |
| 144. INTC (Intel) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 145. INTC (Intel) Shares | A | Dividend | J | T | Buy | 09/04/13 | J | | T |
| 146. IP (International Paper) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 147. IP (International Paper) Shares | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 148. JCI (Johnson Control) Shares | A | Dividend | | | Sold | 05/15/13 | J | A | T |
| 149. JNJ (Johnson & Johnson) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 150. KMB (Kimberly Clark) Shares | A | Dividend | J | T | Sold (part) | 04/19/13 | J | A | T |
| 151. KMB (Kimberly Clark) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 152. KMB (Kimberly Clark) Shares | A | Dividend | J | T | Buy | 08/15/13 | J | | T |
| 153. KMB (Kimberly Clark) Shares | A | Dividend | J | T | Buy | 08/22/13 | J | | T |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

8|14|19

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MRK (Merck) - Shares | A | Dividend | J | T | Buy | 05/22/13 | J | | T |
| 155. MRK (Merck) - Shares | A | Dividend | J | T | Buy | 06/21/13 | J | | T |
| 156. MRK (Merck) - Shares | A | Dividend | J | T | Buy | 09/10/13 | J | | T |
| 157. NSRGY (Nestle ADR) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 158. NSRGY (Nestle ADR) Shares | A | Dividend | J | T | Buy | 05/23/13 | J | | T |
| 159. NEE (Nextora Energy) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 160. OXY - OCCIDENTAL - SHARES | A | Dividend | J | T | Buy | 09/13/13 | J | | T |
| 161. ORCL ( Oracle) shares | | None | J | T | Buy | 12/19/13 | J | | T |
| 162. ORCL ( Oracle) shares | | None | J | T | Buy | 12/27/13 | J | | T |
| 163. PBCT (People United Financial) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 164. PBCT (People United Financial) Shares | A | Dividend | J | T | Sold (part) | 07/18/13 | J | A | T |
| 165. PEP (Pepsico) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 166. PFE (Pfizer) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 167. PFE (Pfizer) Shares | A | Dividend | J | T | Buy | 09/10/13 | J | | T |
| 168. PPG (PPG Industries) Shares | A | Dividend | J | T | Sold (part) | 01/02/13 | J | A | T |
| 169. PPG (PPG Industries) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 170. PG (Proctor & Gamble) Shares | A | Dividend | J | T | Sold (part) | 04/24/13 | J | A | T |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

8|19|14

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PG (Proctor & Gamble) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 172. PG (Proctor & Gamble) Shares | A | Dividend | J | T | Buy | 09/23/13 | J | | T |
| 173. PSX (Phillips 66) Shares | | None | | | Sold | 01/04/13 | J | | T |
| 174. QCOM (Qualcomm) Shares | A | Dividend | J | T | Buy | 01/02/13 | J | | T |
| 175. QCOM (Qualcomm) Shares | A | Dividend | J | T | Buy | 04/25/13 | J | | T |
| 176. QCOM (Qualcomm) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 177. SE (Spectra Energy) Shares | A | Dividend | J | T | Buy | 01/04/13 | J | | T |
| 178. SE (Spectra Energy) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 179. TXN (Texas Instruments) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 180. TMO (Thermo Fisher Scientific) Shares | A | Dividend | | | Sold | 04/15/13 | J | A | T |
| 181. TWX (Time Warner) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 182. TOT (Total S.A.) Shares | A | Dividend | | | Sold (part) | 05/16/13 | J | A | T |
| 183. TOT (Total S.A.) Shares | A | Dividend | | | Sold | 08/28/13 | J | A | T |
| 184. TRV (Travelers) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 185. UNH (United Health Care) - Shares | A | Dividend | J | T | Buy | 04/05/13 | J | | T |
| 186. UNH (United Health Care) - Shares | A | Dividend | J | T | Buy | 04/22/13 | J | | T |
| 187. UNH (United Health Care) - Shares | A | Dividend | J | T | Buy | 07/18/13 | J | | T |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. UNH (United Health Care) - Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 189. UNP (Union Pacific) Shares | A | Dividend | J | T | Buy | 05/08/13 | J | | T |
| 190. UNP (Union Pacific) Shares | A | Dividend | J | T | Buy | 08/28/13 | J | | T |
| 191. UNP (Union Pacific) Shares | A | Dividend | J | T | Buy | 09/09/13 | J | | T |
| 192. UNP (Union Pacific) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 193. VZ (Verizon) Shares | A | Dividend | J | T | Buy | 01/08/13 | J | | T |
| 194. VZ (Verizon) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 195. VZ (Verizon) Shares | A | Dividend | J | T | Buy | 10/07/13 | J | | T |
| 196. WMT (Walmart) Shares | A | Dividend | J | T | Buy | 09/13/13 | J | | T |
| 197. WMT (Walmart) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 198. WM (Waste Management) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | | T |
| 199. WM (Waste Management) Shares | A | Dividend | J | T | Sold (part) | 08/15/13 | J | A | T |
| 200. WY (Weyerhauser) - shares | A | Dividend | J | T | Buy | 06/27/13 | J | | T |
| 201. WY (Weyerhauser) - shares | A | Dividend | J | T | Buy | 08/28/13 | J | | T |
| 202. WEC (Wisconsin Energy) Shares | A | Dividend | J | T | Sold (part) | 05/16/13 | J | A | T |
| 203. Investco Money Market | A | Dividend | J | T | | | | | |
| 204. Nuance-Shares | | None | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

8/19/14

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Nuance Shares | | None | J | T | Sold (part) | 06/13/13 | J | A | Loss |
| 206. | | | | | | | | | |
| 207. Lincoln Life & Annuity | A | Int./Div. | K | T | | | | | |
| 208. HSBC BANK checking acct./savings account | A | Interest | L | T | | | | | |
| 209. Coop - studio apt. NYC | | None | N | W | | | | | |
| 210. 7.30% Int. in No.2 Assoc. Ltd. has 12.5% int. in partnership | | None | J | W | | | | | |
| 211. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 1990, all previously owned IRA accounts were transferred to Shuffro Rose & Ehrman, Investment Advisors, and placed into an IRA account wherein the firm has the discretion to buy or sell investments. I am not consulted before they act, but can instruct them to change the purchase after I learn of the transaction. In addition, in 1990, I opened a non-IRA account with Shufro Rose & Ehrman, similar to that stated above. These accounts have been transferred to Morgan Stanley Smith Barney as of early 2010. They have authority to buy and sell without my prior authorization. The report as to shares bought and sold was provided to me by my broker.       The account in my name at Lincoln Life & Annuity Bank is the result of money received from an insurance policy

### VII. INVESTMENTS

The value of my interest in No. 2 Associates is difficult to determine since the value of the equity after expense can only be determined when the real property is sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Eisenberg, Dorothy | 04/21/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dorothy Eisenberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544